UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,             Case No. 13-11446

v.                                 SENIOR UNITED STATES DISTRICT JUDGE
                                  ARTHUR J. TARNOW

JOHN DOE,

                                  MAGISTRATE JUDGE DAVID R. GRAND

       Defendant.
_____/

## ORDER DENYING DEFENDANT JOHN DOE'S MOTION TO DISMISS [9]

Before the Court is Defendant's Motion to Dismiss [9]. On October 17, 2013, the Court heard argument on the motion. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [9] is **DENIED**.

    **SO ORDERED**.

                                     s/Arthur J. Tarnow
                                     Arthur J. Tarnow
Dated: October 18, 2013           Senior United States District Judge